UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

REAL ESTATE BOARD OF NEW YORK,
ROYAL REALTY CORP. D/B/A THE                    26-CV-1418 (JPC)
DURST ORGANIZATION, and EXTELL
DEVELOPMENT,

                                         **CERTIFICATION**
                  Plaintiffs,

          -against-

THE CITY OF NEW YORK,

           Defendant.
------------------------------------------------------------------------- x

       I, Aimee K. Lulich, hereby certifies that the Memorandum of Law in Support of Defendant's Motion for Judgment on the Pleadings complies with the Local Rules of the United States District Court for the Southern and Eastern Districts of New York Rule 7.1(c), regarding the length of a Memorandum of Law.

       Excluding the caption, table of contents, table of authorities, the signature block and any required certificates, the Memorandum of Law in Support of Defendant's Motion for Judgment on the Pleadings contains **4,301 words** as calculated by Microsoft Word.

Dated:     New York, NY
          May 12, 2026

                                    STEVEN BANKS
                                    Corporation Counsel of the City of New York
                                    100 Church Street
                                    New York, NY 10007
                                    *Attorney for Defendant*
                                    Tel: (212) 356-2369

By:    /s/_____
            Aimee K. Lulich
            Senior Counsel