UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REAL ESTATE BOARD OF NEW YORK, *et al.*,

Plaintiffs,

-v-

CITY OF NEW YORK,

Defendant.

26 Civ. 1418 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The parties shall appear for oral argument on their pending motions for judgment on the pleadings, Dkts. 20, 35, at 10:00 a.m. on December 8, 2026, in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 10, 2026
New York, New York

JOHN P. CRONAN
United States District Judge